# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>BERNARD CARBONE,<br><br>Defendant. | Cr. No. 04-00076-01S |

## MOTION TO AMEND JUDGMENT

The Defendant requests the AMENDED JUDGMENT IN A CRIMINAL CASE be entered in this matter on December 21, 2004 be amended as follows:

1. The Judgment as entered imposes five (5) months of home confinement with electronic monitoring "at mother's home".

2. The Defendant was married on June 17, 2005 to the former Andrea Ronzio of 9 Poppy Hill Drive, Johnston, Rhode Island 02919. Ms. Ronzio (now Mrs. Carbone) lives at 9 Poppy Hill Drive, Johnston, Rhode Island 02919.

3. It is requested that the Defendant be allowed to serve his term of home confinement at his wife's home, 9 Poppy Hill Drive, Johnston, Rhode Island 02919.

4. John P. McAdams, Esq., Trial Attorney, United States Justice Department, has authorized the undersigned to represent that the Government has no objection to the granting of this Motion.

5. The Unites States Probation Officer assigned to this matter, Brian Pletcher, has indicated that Probation has no objection to the granting of this Motion.

Respectfully submitted,

Justin S. Holden, Esq., RIBA # 1847
Holden & O'Brien, Inc.
170 Westminster Street, Suite 301
Providence, RI 02903
Phone: (401) 421-1300
Fax: (401) 421-3380

## CERTIFICATION

I hereby certify that I sent a true copy of the within document by regular mail to **Timothy D. Belevetz, Esq.** and **John P. McAdams, Esq.**, U.S. Department of Justice, Tax Division, Northern Criminal Enforcement Section, P.O. Box 972, Ben Franklin Station, Washington, DC 20044; **Luis M. Matos, Esq.**, US Attorneys Office, 50 Kennedy Plaza, Providence, RI 02903; and to **Brian Pletcher,** United States Probation Officer, 36 Exchange Terrace, Providence, RI 02903 on the 20th day of June, 2005.

Nadia E. O'Brien

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 04-00076-01S |
| v. | ) | |
| BERNARD CARBONE, | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO AMEND JUDGMENT**

The Defendant was sentenced on November 19, 2004 to five (5) months imprisonment (which he has served at MDC Brooklyn) and to five (5) months of home confinement.

The Amended Judgment entered in this matter on December 21, 2004 specifies that the home confinement shall be served at "mother's home".

The Defendant received a final divorce from his former wife in September 2004. His engagement to Andrea Ronzio (now Mrs. Carbone) of 9 Poppy Hill Drive, Johnston, Rhode Island 02919 was concluded with a civil marriage ceremony celebrated on June 17, 2005.

The Defendant requests that he be allowed to service his five (5) months of home confinement at 9 Poppy Hill Drive, Johnston, Rhode Island 02919.

John P. McAdams, Esq., Trial Attorney for the Justice Department, has authorized the undersigned to represent to the Court that the Government has no objection to the granting of this Motion.

Respectfully submitted,

Justin S. Holden, Esq.
RIBA 1847
Holden & O'Brien, Inc.
170 Westminster Street, Suite 301
Providence, RI 02903
Phone: (401) 421-1300
Fax: (401) 421-3380

## CERTIFICATION

I hereby certify that I sent a true copy of the within document by regular mail to **Timothy D. Belevetz, Esq.** and **John P. McAdams, Esq.**, U.S. Department of Justice, Tax Division, Northern Criminal Enforcement Section, P.O. Box 972, Ben Franklin Station, Washington, DC 20044; **Luis M. Matos, Esq.**, US Attorneys Office, 50 Kennedy Plaza, Providence, RI 02903; and to **Brian Pletcher,** United States Probation Officer, 36 Exchange Terrace, Providence, RI 02903 on the 20th day of June, 2005.

Nadia E. O'Brien