# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs.

BERNARD CARBONE,

Defendant.

Cr. No. 04-00076-01S

## MOTION TO AMEND JUDGMENT

The Defendant requests the AMENDED JUDGMENT IN A CRIMINAL CASE be entered in this matter on December 21, 2004 be amended as follows:

1. The Judgment as entered imposes five (5) months of home confinement with electronic monitoring "at mother's home".

2. The Defendant was married on June 17, 2005 to the former Andrea Ronzio of 9 Poppy Hill Drive, Johnston, Rhode Island 02919. Ms. Ronzio (now Mrs. Carbone) lives at 9 Poppy Hill Drive, Johnston, Rhode Island 02919.

3. It is requested that the Defendant be allowed to serve his term of home confinement at his wife's home, 9 Poppy Hill Drive, Johnston, Rhode Island 02919.

4. John P. McAdams, Esq., Trial Attorney, United States Justice Department, has authorized the undersigned to represent that the Government has no objection to the granting of this Motion.

5. The Unites States Probation Officer assigned to this matter, Brian Pletcher, has indicated that Probation has no objection to the granting of this Motion.

Respectfully submitted,

Justin S. Holden, Esq., RIBA # 1847
Holden & O'Brien, Inc.
170 Westminster Street, Suite 301
Providence, RI 02903
Phone: (401) 421-1300
Fax: (401) 421-3380

GRANTED

William E. Smith
U.S. District Judge
6/23/05