**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Cr. No. **04-076-01S** |
| | ) | |
| **Bernard Carbone** | ) | |

**ORDER**

The defendant's Motion to Modify Sentence: Community Service, by reducing the number of community service hours is denied. The condition for community service is modified as follows:

> **During the term of supervised release, the defendant shall perform 1040 hours of community service on a schedule approved by the probation officer, with credit for hours served. The defendant shall submit verification of his hours to the probation officer by the fifth of each month.**

Per Order,

______________________________
Deputy Clerk

Enter: WESm

WILLIAM E. SMITH
United States District Judge

Date: 9/28/05