PROB12C
(12/02)

# United States District Court
**for**
## The District of Rhode Island

**Petition for Summons for Offender Under Supervision**

**Name of Offender:** Bernard Carbone **Case Number:** 1:04-CR-076-01S

**Name of Sentencing Judicial Officer:** Honorable William E. Smith

**Date of Original Sentence:** 11/19/2004

**Original Offense:** Counts I&II: Making and Subscribing False Income Tax Returns

**Original Sentence:** Counts I & II: Six months imprisonment, one year supervised release with the first six months on home confinement with electronic monitoring. In addition, the following special conditions were ordered: 1) spend the first six months on home confinement with electronic monitoring at his mother's home; 2) work twenty hours per week in community service, including during the home confinement period, in a placement where the defendant's plumbing skills may be utilized to benefit people; 3) cooperate with the examination and collections division of the Internal Revenue Service; 4) provide the examinations division all financial information necessary to determine the defendant's prior tax liabilities; 5) provide the collections division all financial information necessary to determine the defendant's ability to pay, 6) file accurate and complete returns for those years in which accurate returns were filed, 7) make a good faith effort to pay all delinquent and/or additional taxes, interests, and penalties.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 06/18/2005

**Assistant U.S. Attorney:** Luis Matos **Defense Attorney:** Justin Holden

---

**PETITIONING THE COURT**

☒ To issue a **Summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Condition Violated | Nature of Noncompliance |
|---|---|
| Special Condition | **During the term of supervised release, the defendant shall perform 1040 hours of community service on a schedule approved by the probation officer. The defendant shall submit verification of his hours to the probation officer by the fifth of each month.** |

To date, the offender has completed 542 hours of community service and has a balance of 498 hours remaining.

**U.S. Probation Officer Recommendation:**

It is respectfully recommended that the Court issue a Summons so that the defendant can appear and answer to the alleged violations.

Reviewed and Approved by:

Maureen Bradley
Supervising U.S. Probation Officer

Date: 05/31/06

I declare under the penalty of perjury that the foregoing is true and correct:

Brian Pletcher
Senior U.S. Probation Officer

Date: 5/31/06

## The Court Orders

- ☐ No Action
- ☐ The Issuance of a Warrant
- ☒ The Issuance of a Summons
- ☐ Other

Honorable William E. Smith
U.S. District Judge

6/2/06
Date