AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
v.
Bernard Carbone

**APPEARANCE**

Case Number: CR04-76-01S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bernard Carbone

I certify that I am admitted to practice in this court.

6-7-6
Date

[signature]
Signature

KJ Fitzgerald 5275
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number