# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

V.

BERNARD CARBONE

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR04-76-01

RECEIVED

JUN 06 2006

US MARSHALS
RHODE ISLAND

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903**<br>Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | COURTROOM A<br>Date and Time<br>JUNE 7, 2006 AT 2:00 P.M. |

To answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 3583

Brief description of offense:

PROBATION VIOLATION

Signature of Issuing Officer

June 6, 2006
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

[illegible]

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

'Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

vice was made by me on: Date 6/7/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Magistrate Court 2 Exchange Terr Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/7/06
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Δ's Atty Previously Served by FAX

FILED
2006 JUN -8 P 2:47
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

orm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.