UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR 04-76S |
| BERNARD CARBONE | : | |

**MOTION TO RETURN PASSPORT**

NOW COMES the defendant, Bernard Carbone, and hereby moves this Honorable Court to release his passport now in the possession of the Clerk's Office. Mr. Carbone's passport was confiscated as part of his prosecution and sentence in this matter and Mr. Carbone has completed his sentence and all of the conditions of his supervised release.

BERNARD CARBONE,
By his attorney,

/s/ Kevin J. Fitzgerald, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
kevin fitzgerald@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to Peter Neronha, AUSA by way of ECF filing and by hand-delivery to Brian Pletcher on November 14, 2006.

/s/ Kevin J. Fitzgerald, Esquire